UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHANEE A. LEWIS,

        Plaintiff,

        -v-                  5:23-CV-346

US GOVERNMENT,
Protect Citizens,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                OF COUNSEL:

SHANEE A. LEWIS
Plaintiff, Pro Se
8538 Sumac Drive
Baldwinsville, NY 13027

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On March 20, 2023, *pro se* plaintiff Shanee A. Lewis ("plaintiff") filed this civil action against defendant "U.S. Government" using one of this District's form complaints for claims arising under Title VII of the Civil Rights Act of 1964. Dkt. No. 1. Broadly construed, plaintiff appears to allege that the U.S. Government failed to protect her from unspecified violations of her civil rights. *Id*. Along with her complaint, plaintiff sought leave to proceed *in*

*forma pauperis* ("IFP Application").  Dkt. No. 2.  Plaintiff also moved for the appointment of legal counsel to assist her in this litigation.  Dkt. No. 3.

On April 28, 2023, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP Application for the purpose of filing, denied without prejudice plaintiff's motion for the appointment of counsel, and advised by Report & Recommendation ("R&R") that the complaint be dismissed as frivolous.  Dkt. No. 5.  As Judge Lovric explained, plaintiff's pleading airs a *seriatim* list of tenuously connected grievances related to her life experiences, but the events are not presented in a way that can be meaningfully analyzed to determine whether any cognizable legal claims might be stated.  *Id*.  In light of her *pro se* status, Judge Lovric recommended that plaintiff be given an opportunity to amend her pleading to conform with the baseline pleading requirements.  *Id*.

Plaintiff has not filed objections.  The time period in which to do so has expired.  *See* Dkt. No. 5.  Upon review for clear error, the R&R will be accepted and adopted in all respects.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ACCEPTED;

2. Plaintiff's complaint is DISMISSED with leave to amend;

- 3 -

3. Plaintiff shall have thirty days in which to amend her pleading in accordance with the detailed pleading instructions on page 10 of Judge Lovric's R&R;

4. If plaintiff files an amended complaint within the thirty-day deadline, the pleading shall be returned to Judge Lovric for an initial review;

5. If plaintiff does not file an amended complaint within the thirty-day deadline, the Clerk is directed to enter a judgment dismissing this action without further order of the Court.

IT IS SO ORDERED.

Dated: May 17, 2023
       Utica, New York.

_David N. Hurd_
David N. Hurd
U.S. District Judge